## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Smith, Earl D | Case Number:  05 B 05820 |
| Smith, Linda M | Judge:  Squires, John H |
| Printed:  1/22/08 | Filed:  2/21/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  December 28, 2007

Confirmed:  April 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 32,094.23 | |
| Secured: | | 12,157.95 |
| Unsecured: | | 14,147.55 |
| Priority: | | 0.00 |
| Administrative: | | 2,294.00 |
| Trustee Fee: | | 1,544.04 |
| Other Funds: | | 1,950.69 |
| Totals: | 32,094.23 | 32,094.23 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 2,294.00 | 2,294.00 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | Delaware Place Bank | Secured | 4,380.41 | 4,380.41 |
| 4. | CitiFinancial Mortgage | Secured | 12,633.18 | 7,777.54 |
| 5. | TCF Bank | Unsecured | 143.91 | 625.71 |
| 6. | Jefferson Capital | Unsecured | 214.32 | 931.81 |
| 7. | T Mobile USA | Unsecured | 89.01 | 386.98 |
| 8. | AmeriCash Loans, LLC | Unsecured | 80.47 | 349.86 |
| 9. | Americash Loans, LLC | Unsecured | 342.45 | 1,488.92 |
| 10. | Jefferson Capital | Unsecured | 430.84 | 1,873.21 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 358.80 | 1,560.00 |
| 12. | Sir Finance Corporation | Unsecured | 203.32 | 884.00 |
| 13. | B-Line LLC | Unsecured | 88.02 | 382.69 |
| 14. | Asset Acceptance | Unsecured | 234.16 | 1,018.08 |
| 15. | Commonwealth Edison | Unsecured | 552.77 | 2,403.35 |
| 16. | T Mobile USA | Unsecured | 29.60 | 128.70 |
| 17. | B-Line LLC | Unsecured | 143.28 | 622.97 |
| 18. | Nicor Gas | Unsecured | 216.98 | 943.37 |
| 19. | SBC | Unsecured | 79.25 | 0.00 |
| 20. | Arrow Financial Services | Unsecured | 126.02 | 547.90 |
| 21. | Air Tech | Unsecured | | No Claim Filed |
| 22. | Comcast | Unsecured | | No Claim Filed |
| 23. | Comcast Cablevision | Unsecured | | No Claim Filed |
| 24. | Alamo Rent A Car | Unsecured | | No Claim Filed |
| 25. | Consumer Supply Co | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Earl D | | Case Number: 05 B 05820 |
|---|---|---|---|
| | Smith, Linda M | | Judge: Squires, John H |
| | Printed: 1/22/08 | | Filed: 2/21/05 |

| | | | | |
|---|---|---|---|---|
| 26. | J P Pugh | Unsecured | | No Claim Filed |
| 27. | Peter Marshall | Unsecured | | No Claim Filed |
| 28. | Sandra Gray | Unsecured | | No Claim Filed |
| 29. | U Haul | Unsecured | | No Claim Filed |
| 30. | Asset Acceptance | Unsecured | | No Claim Filed |

$ 22,640.79          $ 28,599.50

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 59.29 |
| 3% | 51.87 |
| 5.5% | 258.12 |
| 5% | 86.45 |
| 4.8% | 154.13 |
| 5.4% | 934.18 |
| | _____ |
| | $ 1,544.04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

